SAMUEL THOMAS KORNEGAY v. FLOYD HEATH AND ALBERT LEE COOMBS.

(Filed 25 March 1964.)

APPEAL by defendants from *Cowper, J.,* October 1963 Session of LENOIR.

On June 14, 1962, plaintiff was injured while riding as a passenger in a 1956 Ford owned by defendant Heath and operated by defendant Coombs. Coombs lost control of the car. It ran off the rural paved road, turned upside down and stopped in a field.

Plaintiff instituted this action to recover damages in the amount of $30,000.00. He alleged his injuries were proximately caused by the negligence of Coombs and that Coombs was operating the car as agent for Heath.

Issues as to agency, negligence and contributory negligence were answered in favor of plaintiff; and the jury awarded damages in the amount of $2,500.00. Judgment for plaintiff in accordance with the verdict was entered. Defendants excepted and appealed.

*Lamar Jones for plaintiff appellee..*
*Whitaker & Jeffress and Thomas H. Morris for defendant appellants.*

PER CURIAM. As to each and all issues, there was ample evidence to support the jury's verdict. Assignments of error pertinent to the agency, negligence and contributory negligence issues are untenable. With reference to assignments of error pertinent to the issue as to damages: It may be conceded certain of the court's rulings relating to the admissibility of evidence are not free from error. However, after full consideration, we have concluded such errors did not substantially prejudice defendants and do not constitute sufficient ground for a new trial either of the entire case or of the issue relating to damages. In these circumstances, the verdict and judgment will not be disturbed.

No error.